**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **IN RE STENA IMMACULATE,** ) <br> **IMO NO. 9693018.** ) <br> ) <br> ) | Civil Action No. <br> 25-11486-FDS |

**RESTRAINING ORDER AND ORDER FOR**
**ISSUANCE OF NOTICE THAT CLAIMS BE FILED**

**SAYLOR, C.J.**

  Upon consideration of the Petition for Exoneration from or Limitation of Liability, and the supporting declaration and proposed orders submitted by Petitioners, it is hereby ORDERED as follows:

  1.  Petitioners shall issue a notice to all persons asserting claims with respect to which the Petition seeks exoneration from or limitation of liability, admonishing them to file their respective claims with the Clerk of this Court, located at the John Joseph Moakley United States Court House, 1 Courthouse Way, Boston, MA 02210, and to serve a copy of such claims upon Petitioners' attorneys on or before August 29, 2025.

  2.  In accordance with Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Petitioners shall provide the required notice by publication in the Boston Globe and Boston Herald once each week for four successive weeks before the return date of said notice.

  3.  No later than the date of the second publication, Petitioners shall mail a copy of that notice to every person known to have any claim against Petitioners or the M/V STENA IMMACULATE (the "Vessel"), or to their attorneys, if known. With respect to death claims, such notice shall be provided to the decedent at his or her last known address, if there is one, and also to any person who has made a claim on account of that death.

2

    4.  The commencement of or further prosecution of any claims or causes of action against either Petitioners or the Vessel arising out of the Allision (as defined in the Petition), except in this action, is hereby enjoined until the conclusion of this proceeding.

**So Ordered.**

Dated:  June 30, 2025

/s/  F. Dennis Saylor IV  
F. Dennis Saylor IV  
Chief Judge, United States District Court