UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE STENA IMMACULATE, <br> IMO NO. 9693018. | ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. <br> 25-11486-FDS |

**ORDER ALLOWING AD INTERIM STIPULATION
FOR VALUE AND STIPULATION FOR COSTS**

**SAYLOR, C.J.**

Upon consideration of the Petition for Exoneration from or Limitation of Liability and the supporting declaration and proposed orders submitted by Petitioners, it is hereby ORDERED as follows:

1. The Court approves, and Petitioners may file, the proposed Ad Interim Stipulation for Value and Stipulation for Costs in the amount of $3,685,000, with interest at the rate of 6% per annum thereon from June 30, 2025.

2. Any claimant in or party to this proceeding may apply by motion to have the amount of such Stipulation increased or diminished, as the case may be, on the filing of any report of due appraisement of Petitioners ordered by the Court, or on the filing of any report of due appraisement of Petitioners' interest in the Vessel ordered by the Court, or on the ultimate determination of the Court on objections to any such appraisement report.

**So Ordered.**

Dated: June 30, 2025

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court