## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

IN RE: STENA IMMACULATE,

IMO NO. 9693018,

Petition for Exoneration from or
Limitation of Liability.

Docket No. 1:25-cv-11486-FDS

*IN ADMIRALTY, RULE 9(h)*

## ORDER NOTING DEFAULTS

Before the Court is Limitation Petitioners, Stena Bulk Marine Services LLC ("Stena") as owner, Crowley-Stena Marine Solutions LLC ("CSMS"), as bareboat charterer and owner *pro hac vice*, and Crowley Government Services, Inc.  ("CGS"), as commercial, technical and ship manager for M/V STENA IMMACULATE's (the "Vessel") (collectively, "Petitioners"), Unopposed Motion for Order Noting Default.

Having considered the motion, the argument of counsel, the facts, the applicable law, and in the interest of justice, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the default of all persons, firms, corporations, or entities, except the Cargo Claimants claiming against Petitioners for any injuries, deaths, property damages, and/or all other losses, damages, expenses, and costs caused, occasioned, occurring, or arising out of an incident allegedly caused by the Vessel and Petitioners on or about March 10, 2025 and/or otherwise arising out of the Vessel's condition and/or operations on the day of the alleged incident, as further described in the Petition (Dkt. 1), who have not as of the date of this Order filed and presented Claims and Answers in this action, be and are hereby noted to be in default and are hereby barred from filing any Claims and Answers

related to the above-mentioned alleged incident of March 10, 2025, in this or an other proceeding

against Petitioners.

**So Ordered**.


Dated:   October 29   , 2025            /s/ F. Dennis Saylor, IV
                                        F. Dennis Saylor IV
                                         United States District Court Judge